**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02592-REB-BNB

MARY THERESE NELLESSEN,

     Plaintiff,

v.

ADAMS COUNTY SCHOOL DISTRICT 14, and
ADAMS COUNTY SCHOOL DISTRICT 14, BOARD OF EDUCATION,

     Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

     The matter before me is the **Stipulation for Dismissal with Prejudice** [#15][1]

filed July 17, 2012.  After careful review of the stipulation and the file, I conclude that the

stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED**  as follows:

     1.  That the **Stipulation for Dismissal with Prejudice** [#15] filed July 17, 2012,

is **APPROVED**;

     2.  That the Trial Preparation Conference set for October 12, 2012, is **VACATED;**

     3.  That the jury trial set to commence October 29, 2012, is **VACATED**; and

     4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their

own attorney fees and costs.

---

[1]"[#15]" is an example of the convention I use to identify the docket number assigned to a specific
paper by the court's electronic case filing and management system (CM/ECF). I use this convention
throughout this order.

Dated July 18, 2012, at Denver, Colorado.

**BY THE COURT**:

Robert E. Blackburn
United States District Judge